UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL GROEN, UNITED STATES OF AMERICA, EX REL; <br><br> Plaintiffs, <br><br> vs. <br><br> PRECISION STANDARD, INC., <br><br> Defendant. | 2:14-CV-12724-TGB <br><br><br> ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

This case was filed in this district on July 11, 2014. On July 7, 2021, pursuant to E.D. Mich. LR 41.2, the Court ordered Plaintiff to show cause, in writing, why the case should not be dismissed for failure to prosecute. Plaintiff has not responded to that order. As part of its inherent authority to manage its docket, the Court has the power to dismiss a complaint *sua sponte* for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, it is ORDERED that the above-captioned case shall be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DATED this 31st day of August, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge